UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Deric G. Cheesman | Case No.:  19-14584-ABA<br><br>Chapter:  13<br><br>Judge:  Andrew B. Altenburg, Jr. |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Deric G. Cheesman _____, debtor in this case, certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 7 / 7 /2024 _____

_____
Debtor's Signature

**IMPORTANT:**

*   **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
*   **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*

Certificate Number: 17572-NJ-DE-035525745

Bankruptcy Case Number: 19-14584



17572-NJ-DE-035525745

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 1, 2021</u>, at <u>11:07</u> o'clock <u>AM PDT</u>, <u>Deric Cheesman</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>April 1, 2021</u>                          By:     <u>/s/Judy Alexander</u>

Name:   <u>Judy Alexander</u>

Title:   <u>Counselor</u>