Certificate Number: 17572-NJ-DE-035525745

Bankruptcy Case Number: 19-14584



17572-NJ-DE-035525745

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 1, 2021</u>, at <u>11:07</u> o'clock <u>AM PDT</u>, <u>Deric Cheesman</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>April 1, 2021</u>           By:     <u>/s/Judy Alexander</u>

                                  Name:  <u>Judy Alexander</u>

                                  Title:  <u>Counselor</u>