**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Deric G. Cheesman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6338<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–14584–ABA | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Deric G. Cheesman

<u>8/15/24</u>                                    **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-14584-ABA

Deric G. Cheesman  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: Aug 15, 2024  Form ID: 3180W  Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deric G. Cheesman, 436 Husted Station Rd., Elmer, NJ 08318-3803 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518250442 | + | DITECH FINANCIAL LLC, P.O. BOX 12740, TEMPLE AZ 85284-0046 |
| 518066868 | | Ditech Financial LLC, 322 Minnesota St., Saint Paul, MN 55101 |
| 518066869 | + | Heather Cheesman, 436 Husted Station Rd., Elmer, NJ 08318-3803 |
| 518066871 | + | KML Law Group, 216 Haddon Ave., Suite 406, Collingswood, NJ 08108-2812 |
| 518066877 | + | The Dump, P O Box 12812, Norfolk, VA 23541-0812 |
| 518066878 | + | Thomas Murtha, Esq., 120 Corporate Blvd. East, Norfolk, VA 23502-4952 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 15 2024 22:11:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 15 2024 22:11:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518066867 | + | EDI: CITICORP | Aug 16 2024 01:48:00 | Citi Bank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 518242022 | + | EDI: CITICORP | Aug 16 2024 01:48:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518066870 | + | EDI: CITICORP | Aug 16 2024 01:48:00 | Home Depot Credit Services, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 518066872 | | Email/Text: camanagement@mtb.com | Aug 15 2024 22:10:00 | M&T Bank, PO Box 1345, Buffalo, NY 14240-1345 |
| 518243584 | + | Email/Text: camanagement@mtb.com | Aug 15 2024 22:10:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 518714181 | | Email/Text: mtgbk@shellpointmtg.com | Aug 15 2024 22:09:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518714180 | | Email/Text: mtgbk@shellpointmtg.com | Aug 15 2024 22:09:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518370605 | + | Email/PDF: ebnotices@pnmac.com | Aug 15 2024 22:33:10 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 518245005 | | Email/PDF: ebnotices@pnmac.com | Aug 15 2024 22:08:16 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 660929, DALLAS, TX 75266-0929 |
| 518066874 | | EDI: PRA.COM | Aug 16 2024 01:48:00 | Portfolio Recovery Associates, P.O. Box 12903, Norfolk, VA 23541 |

Case 19-14584-ABA    Doc 49    Filed 08/17/24    Entered 08/18/24 00:16:06    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2024 | Form ID: 3180W | Total Noticed: 26 |

| 518236868 | EDI: PRA.COM | | | |
| | | Aug 16 2024 01:48:00 | Portfolio Recovery Associates, LLC, c/o Cabela's Club, POB 41067, Norfolk VA 23541 |
| 518236870 | EDI: PRA.COM | | | |
| | | Aug 16 2024 01:48:00 | Portfolio Recovery Associates, LLC, c/o Dicks Sporting Goods, POB 41067, Norfolk VA 23541 |
| 518066873 | Email/PDF: ebnotices@pnmac.com | | | |
| | | Aug 15 2024 22:31:25 | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 518066876 | EDI: SYNC | | | |
| | | Aug 16 2024 01:48:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 518068746 | ^ MEBN | | | |
| | | Aug 15 2024 22:02:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518066879 | + EDI: WFFC | | | |
| | | Aug 16 2024 01:48:00 | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518247036 | | DITECH FINANCIAL LLC |
| 518066875 | | Radius Global Solutions, P O Box 390905, MN 55543-9000 |
| 518368315 | * | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 660929, DALLAS, TX 75266-0929 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Nathan Van Embden | on behalf of Debtor Deric G. Cheesman nve@nvanembden.com  lstyles@nvanembden.com |
| R. A. Lebron | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@fskslaw.com |
| Tammy L. Terrell | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@fskslaw.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Aug 15, 2024 | Form ID: 3180W | Total Noticed: 26

U.S. Trustee
          USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6